LASZLO TELKES, Respondent, v. HUNGARIAN NATIONAL MUSEUM, Defendant. MARTIN KASTENGREN, Consul-General of Sweden, Appellant.—

801

No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [178 Misc. Rep. 587.]